# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JORGE E. GONZALEZ, | |
| Petitioner, | 3:10-cv-0574-LRH-RAM |
| vs. | |
| NEVADA ATTORNEY GENERAL, | ORDER REGARDING FILING FEE |
| Respondents. | |

Petitioner has submitted a document or petition addressing his immigration detainer, but has neither paid the required filing fee nor filed an appropriate motion for leave to proceed *in forma pauperis*. The action cannot proceed without either payment of the required filing fee or a grant of leave to proceed *in forma pauperis* based on a fully complete motion. Petitioner shall be sent the correct pauper form for use should he wish to file a motion for leave to proceed *in forma pauperis* in this action. Accordingly, petitioner shall be given leave to proceed *in forma pauperis* on a temporary basis.

**IT IS THEREFORE ORDERED** that the Clerk shall send to petitioner a set of forms for a motion to proceed *in forma pauperis*. Petitioner shall have thirty (30) days from the date of the entry of this order within which to either pay the required filing fee, or file a fully and properly completed motion for leave to proceed *in forma pauperis*. The failure to timely do so will result in the dismissal of this action.

DATED this 21st day of September, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE