# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JORGE E. GONZALEZ,

    Petitioner,

vs.

NEVADA ATTORNEY GENERAL,

    Respondents.

3:10-cv-0574-LRH-RAM

ORDER REGARDING FILING FEE

Petitioner has filed an application to proceed in *forma pauperis* (docket #4). The Court's review of the application reveals that petitioner should be granted leave to proceed without first paying the filing fee. His application shall be granted.

The court has also reviewed the document submitted by petitioner which is entitled "Interstate Agreement of Detainers" (docket #1-1). This document is insufficient to proceed as it does not identify a responding party upon whom the document can be served and from whom the Court can obtain a response. *See* Rule 2 of the Rules Governing Section 2254 Cases. As a result, the petition shall be dismissed without prejudice.

**IT IS THEREFORE ORDERED** that the application to proceed in *forma pauperis* (docket #4) is **granted.**

**IT IS FURTHER ORDERED** that the Clerk shall send to petitioner a set of forms and instructions for filing a petition for writ of habeas corpus.

///

///

1  **IT IS FURTHER ORDERED** that the clerk shall detach and file the document found at docket
2  #1-1, which is **dismissed without prejudice.**  The Clerk shall enter judgment accordingly.
3  DATED this 21st day of October, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE