AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****   DISTRICT OF   NEVADA

JORGE E. GONZALEZ,

    Petitioner,   JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:10-cv-00574-LRH-RAM**

NEVADA ATTORNEY GENERAL, et al.,

    Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the document received on September 15, 2010, and filed on October 21, 2010 (Docket No. 6), is dismissed without prejudice.


   October 25, 2010      **LANCE S. WILSON**
                                                                     Clerk


                                                                  /s/ Katie Lynn Ogden
                                                                      Deputy Clerk